**In the Interest of B.G., Jr.**

**Juvenile Officer, Respondent,**

v.

**R.M., Appellant.**

**No. WD 75376.**

Missouri Court of Appeals, Western District.

March 26, 2013.

Edward E. Moore, Kansas City, MO, for Respondent.

Brian J. Mayer, Kansas City, MO, for Appellant.

Kathryn Nolen, Kansas City, MO, Guardian ad litem.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and ALOK AHUJA, Judges.

### Order

PER CURIAM:

R.M. appeals the judgment of the Circuit Court of Jackson County, Missouri, challenging the circuit court's jurisdiction and findings upon dispositional review. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).